**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JOHN BROCK,**<br><br>  *Petitioner,*<br><br>  v.<br><br>**MICHAEL ZAKEN,** *et al.,*<br><br>  *Respondents.* | **Case No. 2:23-cv-04754-JDW** |

## ORDER

AND NOW, this 10th day of July, 2026, upon consideration of the Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 2), the Report and Recommendation dated June 30, 2025 (ECF No. 34), and Petitioner John Brock's objections to that Report and Recommendation (ECF No. 46), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Petitioner John Brock's objections to Magistrate Judge Carol Sandra Moore Wells's Report And Recommendation (ECF No. 46) are **OVERRULED**;

2. I **ADOPT** and **APPROVE** Judge Wells's detailed Report and Recommendation dated June 30, 2025 (ECF No. 34); and

3. The Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 2) is **DENIED** and **DISMISSED WITH PREJUDICE**.

I find no probable cause to issue a certificate of appealability because Mr. Brock has not demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling, nor has he made a substantial showing of the denial of a constitutional right.

It is **FURTHER ORDERED** that Mr. Brock's Petition To Stay (ECF No. 52) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.